MARCH 9, 2001

No. 00–8867 (00A782). FISHER *v.* NORTH CAROLINA. Sup. Ct. N. C. Application for stay of execution of sentence of death,

presented to THE CHIEF JUSTICE, and by him referred to the Court, denied. Certiorari denied.